PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LARRY D. HUMPHREY<br><br>  Defendant. | Case No. 1:22-po-00163-SAB<br><br>[Citation #E1762277 CA/51]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00163-SAB [Citation #E1762277 CA/51] against LARRY D. HUMPHREY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 11, 2022                    Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                                    By:    /s/ *Chan Hee Chu*
                                           CHAN HEE CHU
                                           Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00163-SAB [Citation #E1762277 CA/51] against LARRY D. HUMPHREY be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 11, 2022**

UNITED STATES MAGISTRATE JUDGE